**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| RANDALL MCCRAY, ID # 1511887,  ) | |
|     Petitioner,  ) | |
| vs.  ) | No. 3:09-CV-0930-N-BH |
|   ) | |
| NATHANIEL QUARTERMAN, Director,  ) | |
| Texas Department of Criminal  ) | |
| Justice, Correctional Institutions Division,  ) | |
|     Respondent.  ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court hereby **DENIES** petitioner's motion to proceed *in forma pauperis*. By separate judgment, the Court dismisses this action for the failure of petitioner to pay the filing fee.

**SIGNED October 5, 2009.**

_____
**David C. Godbey**
**United States District Judge**